PAULY LOBLE, Appellant, *v.* NINTH STREET GARAGE, Respondent.

*Loble* v. *Ninth Street Garage*, 159 App. Div. 910, affirmed.
(Submitted June 3, 1914; decided June 18, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1913, which reversed an interlocutory judgment of Special Term sustaining a demurrer to a partial defense contained in the amended answer and overruled said demurrer in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The following question was certified: "Is the partial defense contained in the defendant's answer sufficient in law upon the face thereof?"

*Maurice Millimet* for appellant.

*Herman M. Schaap* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.